UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | |
| Plaintiff, | **ORDER GRANTING FURLOUGH REQUEST** |
| vs. | |
| Christine Helen Brown, | Court File No. 08-380(5) |
| | Honorable Richard H. Kyle |
| Defendant. | |

William J. Mauzy, counsel for Defendant Christine Helen Brown, submitted a written Furlough Request to the Court on May 20, 2009. Ms. Brown requested a one (1) day furlough from the Sherburne County jail beginning May 23, 2009 at 8:00 a.m. and ending at 9:00 p.m. to attend a visitation and funeral. Chris Wilton, counsel for the United States, is aware of Ms. Brown's Furlough Request and has no objection to this Court granting Ms. Brown the furlough. Based on the files and proceedings herein, and the submissions of counsel, the Court makes the following Order:

1. Defendant Christine Brown's Furlough Request is hereby GRANTED.

2. Ms. Brown shall be released from Sherburne County jail at 8:00 a.m. on May 23, 2009.

3. Ms. Brown shall return to Sherburne County jail at 9:00 p.m. on May 23, 2009.

**IT IS SO ORDERED**

Dated: 5/20/09

Richard H. Kyle
Judge of District Court